**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| NAGASI SHABAZZ ZIYAD, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION  16-0631-WS-C |
| ALPHONSE A. CHESTANG, et al., | : |
| Defendants. | : |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 24, 2017, is **ADOPTED** as the opinion of this Court.

DONE this 22nd day of March, 2017.

<u>s/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE