IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAGASI SHABAZZ ZIYAD, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION  16-0631-WS-C |
| ALPHONSE A. CHESTANG, et al., | : | |
| Defendants. | : | |

## **JUDGMENT**

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 22nd day of March, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE